1  Van E. Flury
   4009 W. Kiva Street
2  Laveen, Arizona 85339
   (602) 237-9152, (602) 319-8777
3
   Plaintiff, Pro Per

4
       IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA
5

6

7

8  VAN E. FLURY, an individual,            ) CASE NO.
                                            )
9          Plaintiff,                       ) **CV '08 01963 PHX DKD**
                                            )
10    vs.                                   )
                                            )
11                                          ) **COMPLAINT FOR VIOLATION**
   EXPERIAN INFORMATION SOLUTIONS,          ) **OF THE FAIR CREDIT**
12 INC., an Ohio state corporation,         ) **REPORTING ACT**
                                            )
13                                          )
           Defendant.                       )
14                                          )
                                            )
15                                          )
                                            )
16                                          )

17
                              **JURISDICTION**
18

19  **1)**   Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the

20  cause of action arising under the laws of the United States: --------*FCRA, U.S.C. Title 15, section*

21  *[ 1681 ] et seq.*

22                              **COMPLAINT**

23

24  **2)**   Plaintiff alleges that he obtained and paid $10.50 for a copy of his personal credit report

25  from the defendant on 10/23/2008, report No. [ **4238346872** ] via the internet: [ experian.com ].

26

27  **3)**   Plaintiff further alleges that he attempted to initiate a dispute and reinvestigation as to the

28

                                       Complaint - Fair Credit Reporting Act.

accuracy and/or completeness of specific items contained in his credit file but was [blocked] and denied [internet] access by the defendant and/or his employees in so doing - in direct violation of federal law and as is required of the defendant pursuant to federal law.

4)   Plaintiff further alleges that the defendant is **[retaliating]** against the plaintiff in not allowing plaintiff accessible and convenient access via the internet as everybody else is so allowed when disputing the accuracy and/or completeness of their credit files - simply because the plaintiff exercised his legal rights against the defendant pursuant to federal law in another matter.

5)   Plaintiff further alleges he has sustained actual damages do to defendant's wilful failure in [not] allowing the plaintiff internet access to dispute the accuracy and/or completeness of his credit file - in an amount of: [no less than] $1,000.00.

**PRAYER FOR RELIEF**

6)   Plaintiff prays for actual damages in the amount of: $1,000.00 and punitive damages in the amount of: $9,000.00, or as the Court may allow. Plus, plaintiff's [costs] of the lawsuit and any attorney's fees incurred.

Dated this 27th day of October 2008.

By : _____

Van E. Flury, plaintiff
4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.