# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Van E. Flury, | No. CV-08-1963-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Pursuant to this court's order of April 30, 2009, IT IS ORDERED dismissing this action with prejudice.

DATED this 2nd day of June, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge